**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST St. LOUIS DIVISION**

| | | |
|---|---|---|
| JAMAL BARGHOUTI, #R-57068, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 12-1258-GPM |
| | ) | |
| WARDEN RANDY PFISTER, SARAH | ) | |
| JOHNSON, OFFICER DAVIS, and | ) | |
| DAVID REDNOUR, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT
ON EXHAUSTION OF ADMINISTRATIVE REMEDIES**

NOW COMES the Defendant, RYAN DAVIS, by and through his attorney LISA MADIGAN, Attorney General of the State of Illinois, and hereby files the instant Motion for Summary Judgment, stating as follows:

1. On December 11, 2012, Plaintiff, Jamal Barghouti (#R-57068) filed his initial complaint pursuant to 42 U.S.C. § 1983. (Doc. 1).

2. Plaintiff was incarcerated within the Illinois Department of Corrections at Stateville Correctional Center when he filed the instant complaint.

3. On March 22, 2013, the Court conducted a Merit Review pursuant to 28 U.S.C. § 1915A. The Court determined that Plaintiff had adequately stated an Eighth Amendment claim against Defendant Davis.

4. Defendant Davis respectfully submits that no genuine issue of material fact exists regarding Plaintiff's failure to exhaust his administrative remedies prior to filing this suit and that Defendant's Motion for Summary Judgment should be granted.

5. A memorandum of law in support of the instant motion for summary judgment is filed simultaneously and incorporated herein.

WHEREFORE, for the above-stated reasons, Defendant respectfully requests this Honorable Court grants his Motion for Summary Judgment on Exhaustion of Administrative Remedies.

Respectfully submitted,

RYAN DAVIS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,


By:   s/ Bradley D. Gillespie
        Bradley D. Gillespie, #6281462
        Assistant Attorney General
        500 South Second Street
        Springfield, Illinois  62706
        (217) 782-9056 Phone
        (217) 782-8767 Fax
        E-Mail: Bgillespie@atg.state.il.us

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST St. LOUIS DIVISION

JAMAL BARGHOUTI, #R-57068,    )
    )
       Plaintiff,    )
    )
   -vs-    )      No. 12-1258-GPM
    )
WARDEN RANDY PFISTER, SARAH    )
JOHNSON, OFFICER DAVIS, and    )
DAVID REDNOUR,    )
    )
       Defendants.    )

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2013, the foregoing document, Defendant's Motion

for Summary Judgment on Exhaustion of Administrative Remedies, was electronically filed with

the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I

caused a copy of the foregoing described document to be mailed by United States Postal Service,

in an envelope properly addressed and fully prepaid, to the following non-registered participant:


   Jamal Barghouti, #R-57068
   Stateville Illinois Correctional Center
   Route 53, P.O. Box 112
   Joliet, Illinois   60434


                Respectfully Submitted,

                s/ Bradley D. Gillespie
                Bradley D. Gillespie, #6281462
                Assistant Attorney General
                500 South Second Street
                Springfield, Illinois  62706
                (217) 782-9056 Phone
                (217) 782-8767 Fax
                E-Mail: Bgillespie@atg.state.il.us