IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMAL BARGHOUTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs | ) | No. 12-1258 |
| | ) | |
| RYAN DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## JURY VERDICT FORM B

On Count I of the Complaint, the Eighth Amendment claim of unconstitutional force when plaintiff exited the shower, against defendant, Ryan Davis, we find in favor of defendant, Ryan Davis, and against plaintiff, Jamal Barghouti.



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMAL BARGHOUTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs | )   No. 12-1258 |
| | ) |
| RYAN DAVIS, | ) |
| | ) |
| Defendant. | ) |

### JURY VERDICT FORM D

On Count II of the Complaint, the Eighth Amendment claim of unconstitutional force following the meeting in Internal Affairs, against defendant, Ryan Davis, we find in favor of defendant, Ryan Davis, and against plaintiff, Jamal Barghouti.



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMAL BARGHOUTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs | )   No. 12-1258 |
| | ) |
| RYAN DAVIS, | ) |
| | ) |
| Defendant. | ) |

### JURY VERDICT FORM F

On Count III of the Complaint, the Eighth Amendment claim of unconstitutional force when plaintiff was placed in his cell after the meeting in Internal Affairs, against defendant, Ryan Davis, we find in favor of defendant, Ryan Davis, and against plaintiff, Jamal Barghouti.

